IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL VOLPE and KAREN VOLPE, h/w : | CIVIL ACTION |
| vs. : | |
| DANAHER CORPORATION : | |
| and : | NO. 06-958 |
| DELTA CONSOLIDATED INDUSTRIES, INC. : | |
| and : | |
| JOBOX : | |

**STIPULATION**
**VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF**
**CIVIL PROCEDURE 41**

It is hereby stipulated between and among counsel for the Plaintiffs, Michael Volpe and Karen Volpe, h/w, Jeffrey R. Lessin, Esquire and counsel for the Defendant, Delta Consolidated Industries, Inc., Bradley D. Remick, Esquire that, pursuant to Federal Rule of Civil Procedure, Rule 41 Dismissal of Actions, the Plaintiff voluntary dismisses Civil Action No. 06-958 which was removed to the United States District Court for the Eastern District of Pennsylvania.

_____
**JEFFREY R. LESSIN, ESQUIRE**
Attorney for Plaintiffs,
Michael and Karen Volpe, h/w

_____
**BRADLEY D. REMICK, ESQUIRE**
Attorney for Defendant,
Delta Consolidated Industries